

2005 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

8-15-2005

# Zheng v. Atty Gen USA

Precedential or Non-Precedential: Precedential

Docket No. 04-3008

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2005

Recommended Citation

"Zheng v. Atty Gen USA" (2005). *2005 Decisions.* Paper 607.
http://digitalcommons.law.villanova.edu/thirdcircuit_2005/607

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2005 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

August 2, 2005

**No. 04-3008**

QUN ZHENG
a/k/a
Zhao Xin Zhu, Petitioner

v.

ATTORNEY GENERAL USA

(Agency No. A78 864 293)

**Present: RENDELL, BARRY and BECKER, Circuit Judges**

1.  Motion by Respondent for Publication of the Court's July 20, 2005 Opinion.

2.  Response by Petitioner to Motion For Publication of the Court's
    July 20, 2005 Opinion.

**Response due by 8/12/05.**

Chiquita Dyer
Case Manager    267-299-4919

**O R D E R**

**The foregoing** motion is granted.

**By the Court,**

 **/s/ Edward R. Becker**

**Circuit Judge**

**Dated:** August 15, 2005
CMD/cc: Charles Christophe, Esq.
        Aleksander B. Milch, Esq.
        Meer M. M. Rahman, Esq.
        Gregory B. Friel, Esq.